UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:23-CR-27 |
| v. | : | |
| | : | (Judge        ) |
| ASIANA CHRISTINE WILLIAMS, | : | |
| Defendant | : | |

FILED
SCRANTON
FEB 14 2023
PER_____
DEPUTY CLERK

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance Resulting in Death)

On or about February 15, 2020, within the Middle District of Pennsylvania, the defendant,

**ASIANA CHRISTINE WILLIAMS,**

aided and abetted by others, did knowingly, intentionally and unlawfully distribute, and possess with intent to distribute fentanyl, a Schedule II controlled substance, and death and serious bodily injury of a person known to the grand jury resulted from the use of such substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance)

On or about March 5, 2020, within the Middle District of Pennsylvania, the defendant,

**ASIANA CHRISTINE WILLIAMS,**

did knowingly, intentionally and unlawfully distribute, and possess with intent to distribute fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER FINDS:

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) or 841(b)(1)(C), the defendant,

## ASIANA CHRISTINE WILLIAMS,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

GERARD M. KARAM
United States Attorney

[signature: redacted]
FOREPERSON

[signature: Michelle Olshefski]
MICHELLE OLSHEFSKI
Assistant United States Attorney

2/14/2023
Date

4