UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:CR-23-27 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| ASIANA CHRISTINE WILLIAMS, | : | (Electronically Filed) |
| Defendant. | : | |

## GOVERNMENT'S MOTION *IN LIMINE* REGARDING REFERENCE TO PENALTIES

NOW COMES, the United States of America by its attorneys, Gerard M. Karam, United States Attorney for the Middle District of Pennsylvania, and Michelle Olshefski, Assistant United States Attorney, and herby files the within motion *in limine*.

The Government requests this Court to instruct defense counsel, the defendant, and any and all defense witnesses that they cannot make any reference to the potential penalties the defendant will be facing if convicted on any Counts in the Indictment, to include opening argument, direct or cross-examination, responses or closing arguments.

The Government will request, and believes that the Court will instruct the jury that the question of possible punishment is of no concern to the jury and should not in any sense, enter into or influence

their deliberations. *See* Third Circuit Model Criminal Jury Instructions, No. 3.16 (Do Not Consider Punishment).

                                               Respectfully submitted,

                                               GERARD M. KARAM
                                               United States Attorney


                                    By:   /s/ Michelle L. Olshefski
                                               MICHELLE L. OLSHEFSKI
                                               Assistant U.S. Attorney

Dated:   September 19, 2023

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:CR-23-27 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| ASIANA CHRISTINE WILLIAMS, | : | (Electronically Filed) |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of September, 2023, I caused the foregoing "**Government's Motion in Limine Regarding Reference to Penalties**" to be served upon defense counsel of record for the defendant, Attorney Theron Solomon, who is a filing user under the ECF system.

        /s/ Michelle L. Olshefski
        Michelle L. Olshefski
        Assistant U.S. Attorney