UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | |
| | : | |
| ASIANA CHRISTINE WILLIAMS | : | 3:23-CR-27 |

## DEFENDANT'S TRIAL BRIEF

Defendant Asiana Christine Williams ("Ms. Williams"), by and through her counsel, Theron J. Solomon, Esq., and Dyller & Solomon, LLC, hereby files this Trial Brief in compliance with this Court's Order dated November 14, 2023 (Doc. 56).

On February 14, 2023, Ms. Williams was indicted on one count of Distribution of a Controlled Substance Resulting in Death in violation of Title 21 U.S.C. § 841(a)(a1) and one count of Distribution of a Controlled Substance in violation of Title 21 U.S.C. § 841(a)(1).

On October 24, 2023, the Government presented a Superseding Indictment to the grand jury adding a third charge, Maintaining Drug Involved Premises, in violation of 21 U.S.C. § 856(a)(1). The indictment specifies an address of 76 Lockhart Street, Wilkes-Barre, Luzerne County, Pennsylvania, as the drug premises. Ms. Williams has an alleged

unindicted co-conspirator at that address for this charge, according to the Government's representations to counsel and filings.

The parties have discussed and generally agree upon the proposed jury instructions and the proposed verdict form, with small exceptions.

The Government bears the burden of proof in this criminal trial and Ms. Williams carries with her the presumption of innocence and no burden to present a defense or testify.  Defendant does not intend to call any expert witnesses.

Ms. Willaims awaits the Government's case-in-chief before deciding if she will testify and/or call any witnesses to testify.

Respectfully Submitted,

s/ Theron J. Solomon
Attorney for Defendant
Dyller & Solomon, LLC
The Gettysburg House
88 North Franklin Street
Wilkes-Barre, PA 18701
(570) 829-4860

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : |
| | : |
| ASIANA CHRISTINE WILLIAMS | :   3:23-CR-27 |

## CERTIFICATE OF SERVICE

THERON J. SOLOMON, ESQ., hereby certifies that on February 26, 2024, he served the foregoing Trial Brief on Untied States Deputy Criminal Chief Michelle Olshefski via this Court's Electronic Filing System.

                                          Respectfully Submitted,

                                          s/ Theron J. Solomon
                                          Dyller & Solomon, LLC
                                          88 North Franklin Street
                                          Wilkes-Barre, PA 18701
                                          (570) 829-4860
                                          Attorney for Defendant