UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA

NO. 3:23-CR-27

v.

ASIANA CHRISTINE WILLIAMS

_____/

FILED
SCRANTON

MAR 22 2024

PER _____
DEPUTY CLERK


MOTION FOR LEAVE TO OBTAIN
GRAND JURY TRANSCRIPTS


COMES NOW, Your defendant, Asiana Williams respectfully moving this honorable court for an order directing the grand jury transcripts be produced to defendant.

In support your defendant offers the following:

## I.   INTRODUCTION

This case begins with a drug transaction where defendant is alleged to have sold fentanyl that became the cause of a later death. Did prosecutors tell the grand jury that Ceri got high twice off the drugs that she purchased at the hospital and Troy did 5 bags and went back to work. Troy texted ceeri within 20 minutes of getting high to ask her if she wanted to go to philly to buy some more drugs? Did the prosecutors tell the grand jury that there was a 2nd drug dealer who had fentanyl, crack, and heroin? Did the government tell the grand Jury that dying on the toilet is usually associated with Speed Balling? Ceri only bought fentanyl at the hospital, where did the other drugs come from?
The government claims that it was the sole causation of the defendant Sale that ended in the death of the deceased.

## II.   RULE OF LAW

The supreme court in Dennis versus United States, 384 us 855 parentheses (1966). First endeavored to address the question whether defendants in federal cases could have access to grand jury minutes. In this case the court append that the requisite for disclosure was that the defendant must demonstrate " particularized need."

The phrase "particularized need" first appeared in United States versus Procter and Gamble company, 356 US 677, 683-1958 disclosure may be permitted by the court at the request of the defendant upon a showing that grounds me exists for a motion to dismiss the indictment because of matters occurring before the grand jury.

### III. APPLICATION

Applying the above cited principles of law to the instant case should resolve to support the defendants request for production of grand jury minutes as it is consistent with the Supreme Court's long-standing directive that defendant be entitled to inspection of grand jury minutes especially whereas here they seek to move the court to dismiss the indictment.

### IV. CONCLUSION

In conclusion, some cases brought before the court are not so clear as to why relief should be granted, however in this case, there is a Death by Delivery indictment that just doesn't qualify. The facts in this case does not support a death by delivery charge.

**WHEREFORE** your defendant humbly asks the court to grant the requested relief so as to allow the defendant to further show this court that not only does the facts not support the charges, in fact, this case should be dismissed.

Done this 25th day of February 2024.

Respectfully Submitted,

*[signature]* attorney in fact

Asiana Williams

**TO BE ADOPTED BY COUNSEL**

Case 3:23-cr-00027-RDM    Document 96    Filed 03/22/24    Page 5 of 5