# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| V. | : | CR. NO. 3:23-CR-00027 |
| | : | |
| ASIANA WILLIAMS | : | |

## DEFENDANT'S TRIAL BRIEFG

AND NOW, comes Defendant, Asiana Williams, by and through her counsel, CJ Rotteveel, Esquire, who files the following trial brief in compliance with this Court's Order dated March 20, 2024:

The Defendant is accused of one count of Distribution of a Controlled Substance Resulting in Death in violation of 21 U.S.C. 841(a)(1), one count of Distribution of a Controlled substance in violation of 21 U.S.C. 841 (a)(1) and one count of Maintaining a Drug Premises in violation of 21 U.S.C. 856 (a)(1).

The parties have discussed and agree upon the proposed jury instructions and proposed verdict form.

As always, the Government bears the burden of proof in this criminal trial and the Defendant carries with her the presumption of innocence and no burden to present a defense or testify. Defendant does not intend to call any expert witnesses.

Miss Williams awaits the Government's case-in-chief before deciding if she will testify.

July 25, 2024                                    Respectfully Submitted:

*/s/ CJ Rotteveel, Esquire*
CJ Rotteveel, Esquire
Attorney for Defendant
Rotteveel Law
410 Jefferson Ave.,
Scranton, PA 18510
(610)357-5088

## **CERTIFICATE OF SERVICE**

      I, CJ Rotteveel, Attorney for the Defendant do hereby certify that this document, the foregoing Trial Brief, filed electronically through the ECF system, will be sent to the registered participants as identified on the Notice of Electronic filing, including the following:

Michelle Olshefski, Esq.

Assistant United States Attorney

July 25, 2024                                    */s/ CJ Rotteveel, Esquire*
                                                            _____
                                                                 CJ Rotteveel, Esquire
                                                                 Attorney for Defendant