# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT

**UNITED STATES OF AMERICA**

**V.**             **CASE NO. 3:23 -CR-27**

**ASIANA WILLIAMS**

_____/

FILED SCRANTON
OCT 16 2024
PER_____ DEPUTY CLERK

## MOTION FOR ORDER TO ACCESS LAW LIBRARY
## TO PREPARE FOR COURT PROCEEDINGS

**COMES NOW,** YOUR PRO SE DEFENDANT, respectfully moving this honorable curt for an Order directing the Lakawana County Prison/Detention Center to allow unimpeded access to law libray so as to allow your pro se defendant to research and prepare litigation.

Respectfuuly Submitted,

6 of 24


*[signature]*

ASiana Williams, Pro Se.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

NO. 3:23-CR-27

v.

ASIANA CHRISTINE WILLIAMS

/

FILED
SCRANTON

MAR 22 2024

PER _____
DEPUTY CLERK

### EMERGENCY MOTION TO EXCLUDE CELL PHONE

Comes now, YOUR MOVANT Asia Williams respectfully moving this honorable court for an order granting the requested relief to exclude the cell phone as it is tampered with and should be excluded.

In support your defendant offers the following:

- The cell phone was wiped Clean of finger Prints
- The cell phone was also wiped clean of DNA

8 of 24

- The phone also had text messages deleted

WHEREFORE, your movant asks this court to enter an order excluding cell phone in the interest of justice and to preserve the integrity of the judicial process.

DONE this March 22, 2024.

Respectfully Submitted,

*/s/ Asianna Williams*
ASIANNA WILLIAMS

**TO BE ADOPTED BY COUNSEL**