

Samuel A. Falcone, Jr., Esq.
William J. Watt, III, Esq.
Maura A. Armezzani Tunis, Esq.
Joseph F. Saporito, III, Esq.
_____

Joseph F. Saporito, Sr., Esq.
(1919-2001)

November 11, 2024

Hon. Robert D. Mariani
United States District Judge

    Re: United States v. Asiana C. Williams
      No.: 3:23-CR-23-RDM

Dear Judge Mariani,

  I am writing in response to the Court's directive in the Order dated October 17, 2024 (Doc. 166). As evidenced by the docket, the trial and pretrial transcripts were filed of record on November 4th and November 5th. I printed hard copies of the trial transcripts containing approximately 1,508 pages and hand delivered them to the Lackawanna County Prison on Friday, November 8, 2024 at approximately 9:00 a.m.

  Please let me know if you require any additional information.

          Very truly yours,

          WILLIAM J. WATT, III

WJW:tc
cc: CM-ECF Filing