

Gmail



Dexter Hull <dexter2bros@gmail.com>

**affidavit**
1 message

FILED SCRANTON
NOV 13 2024
PER _Amw_ DEPUTY CLERK

3:23CR27

**Dexter Hull** <dexter2bros@gmail.com>                                           Fri, Nov 8, 2024 at 5:05 PM
To: Dexter Hull <dexter2bros@gmail.com>, Darren Keys <legalinfoallstars@gmail.com>

*[Handwritten note: Please record the updated Motion to Exclude the Cell Phone. It is stapled so it can't be missed]*

**AFFIDAVIT NO. 5**

   Upon information and belief, I Dexter Hull being of sound mind and over the age of 18, do hereby declare under the Pain and Penalty of perjury pursuant to 18 USC 1746 that the foregoing is true, complete, and correct to the best of my knowledge:

1. I, Dexter Hull, have been appointed by Asiana Williams to be her Attorney in fact, Power of Attorney, and Next Friend to assist with her legal court proceedings which includes but is not limited to:

2. The filing of legal documents and motions due to her limited access to legal materials, the drafting of such legal documents, etc.

3. Asiana expressed to me and to the court, that she would like for me to be her Counsel of Choice and assist her with her defense which are afforded her by the United States Constitution's Sixth Amendment.

4. The Sixth Amendment promises Asiana assistance with her defence.

   **COMES NOW, Your Attorney in fact, next friend and member of group, Legal Info All-Stars,** whose goal is to achieve minority justice litigation **in the courts by virtue of Supreme Court Simms versus Ahern, 270 1S W.720 1925 which holds that THE PRACTICE OF LAW IS AN OCCUPATION OF COMMON RIGHT.** Defendant Asiana Williams, a member of LIA, LLC was unlawfully arrested, discriminatory and falsely charged with death by Delivery under 18 USC section 841B1 and based on INACCURATE EVIDENCE AND A LACK OF EVIDENCE THAT WAS WITHHELD BY THE PROSECUTION, was found guilty by a MISINFORMED JURY. Power of Attorney and request for assistance was given to Dexter Hull on MARCH 1ST 2024 (POA is included). The court erroneously entered an order denying the defendant Assistance by her group of competent legal assistance because Dexter Hull is not a licensed Lawyer. Dexter Hull is not a licensed Lawyer but Dexter is Asiana's Attorney in Fact and Power of



Attorney. A Bar Card is not a license, It's a union dues card. Bar is a professional club oration operating out of Britain.

    This presents a unique exception to the rule that a defendant may only be represented by a licensed Attorney At Law. In fact, this case falls under the narrow provision that allows for unlicensed lehman person to represent LITIGANTS DURING JUDICIAL PROCEEDINGS. See brotherhood of trained men versus Virgina X.Virginia State Bar 377US1, Gideon versus Wainwright 372US335, OUR Arsinger versus Hamlin, Sharif 407US425 Litigants may be assisted by unlicensed Legman during judicial proceedings. See also, NAACP versus button 371US415, United Mine Workers Of America versus Gibs 383715, and Johnson versus Gibs 383715 and Johnson versus Avery 89 Supreme Court 747 1969, Members of groups who are competent non lawyers can assist other members of the group achieve the goal of the group in court WITHOUT BEING CHARGED WITH UNAUTHORIZED PRACTICE OF LAW. Next friend Federal rules of Civil Procedure rule 17 20 8USCA "Next Friend" a person who represents someone who is unable to tend to his or her own interest.

I have entered my Notice of Apperance to the court and I am writting this affidavit at the request of the judge. Included are the Powers of Attorney and Attorney in Fact that I have received from Asiana Williams starting at March 1st, 2024 up til today. This authority was given to me to submit motions on Asiana's behalf. Nothing was ever submitted without written authority from Asiana.

Respectfully submitted,

_____
Curtis Dexter Hull

2 of 12

Members of groups who are competent non-lawyers can assist other members of the group achieve the goals of the group or individual in court without being charged with "unauthorized practice of law". Laymen cannot be expected to know how to protect their rights when dealing with practiced and careful adversaries. (See, Gideon v. Wainwright, 372 U.S. 335, 83 S.Ct. 792, 9 L.Ed.2d 799 (1963), and for them to associate together to help one another to preserve and enforce rights granted them under federal laws cannot be condemned as a threat to legal ethics. Brotherhood of Railway Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1, 7, 84 S.Ct. 1113, 12 L.Ed.2d 89 (1964)(Laypersons can associate together under the First Amendment to help one another preserve and enforce rights granted them under federal laws and cannot be condemned as a threat to legal ethics or as unauthorized practice of law). See also, United Mine Workers v. Illinois Bar Association, 389 U.S. 217, 88 S.Ct. 353, 19 L.Ed.2d 426 (1967); NAACP v. Button, 371 U.S. 415, 83 S.Ct. 328, 9 L.Ed.2d 405 (1963)(line of cases where U.S. Supreme Court held that a State may not pass statutes prohibiting the unauthorized practice of law or to interfere with the Right to Freedom of Speech, Association or Right to Redress Government for Grievances as secured by the First Amendment). Counsel of choice is also protected by the Ninth and Tenth Amendments, secured in the penumbra of these Amendments, particularly the Ninth Amendment, which is protected in the states. Roe v. Wade, 410 U.S. 113, 93 S.Ct. 705, 35 L.Ed.2d 147 (1973)(this case also addressed the "capable of repetition, yet evades review" philosophy).

In the United States Supreme Court ruling in Brotherhood of Railway Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1, 7 (1964):

"A State could not, by invoking the power to regulate the professional conduct of attorneys, infringe in any way the right of individuals and the public to be fairly represented in lawsuits authorized by Congress to effectuate a basic public interest. Laymen cannot be expected to know how to protect their rights when dealing with practiced and carefully counseled adversaries, cf. Gideon v. Wainwright, 372 U. S. 335, and for them to associate together to help one another to preserve and enforce rights granted them under federal laws cannot be condemned as a threat to legal ethics. The State can no more keep these workers from using their cooperative plan to advise one another than it could use more direct means to bar them from resorting to the courts to vindicate their legal rights. The right to petition the courts cannot be so handicapped."

See also, NAACP v. Button, 371 U.S. 415 (1963); Sperry v. Florida ex rel. Florida Bar, 373 U.S. 379 (1963)(states may pass no laws on unauthorized practice of law).

The U.S. Department of Justice and Federal Trade Commission, which this letter will also be sent to, have addressed the use of non-lawyers to handle legal matters, and say that non-lawyers should be permitted to compete with attorneys. Competition will lead to lower prices, better products and services, and enhanced consumer choice. http://www.ftc.gov/opp/advocacy_date.shtm;http://www.abanet.org/rppt-section_info/upl/FTCreProposedModelDefinition.pdf; http://www.ftc.gov/be/V070004.pdf.

In its advocacy opinion letter to New York State Assemblywoman Helene E. Weinstein, dated April 27, 2007, the United States Justice Department/Federal Trade Commission stated the following with regard to New York Assembly Bill A01837 and A05596,http://www.ftc.gov/be/V070004.pdf:

"We are concerned that the proposed legislation, which would prevent non-attorneys from competing with attorneys in situations where there is no clear showing that non-attorney service providers have caused consumer harm, is not in the best interests of consumers."

The Justice Department and the FTC went on to say that they are entrusted with enforcing the federal antitrust laws:

" We work to promote free and unfettered competition in all sectors of the American economy. The United States Supreme Court has observed that "ultimately competition will produce not only lower prices, but also better goods and services. ' The heart of our

3 of 12



**ASIANA**  8:16

On this 20th day of October, 2024
I Asiana Williams, Hereby give Curtis Hull full and complete power of attorney over me.

Respectfully written, typed and e-signed by Asiana Williams

Sent: 10/20/2024

**ASIANA**  8:35

Dex can u please put $100 on my books its freezing I have no thermals and 1 sweater. I also need hygiene and food. Please if u can, will u put it on as soon as possible i have

⊕ Write a reply

a of 12

**ASIANA**
Offlin

On February 25th 2024, I Asiana Williams gave Curtis Hull authorization to send my attorney Theron Solomon an Affidavit on my behalf.

Thankyou,

Asiana Williams

Sent: 2/25/2024

**ASIANA**                9:39

There I fixed the date because I messed it up sorry lol

Sent: 2/25/2024

You                10:54

**GREAT**

Sent: 2/25/2024

Write a reply

5 of 12



**ASIANA**      12:55

On March 1st 2024, I Asiana Williams gave Curtis Hull authorization to file any motions on my behalf.

Thankyou,

Asiana Williams

Sent: 3/1/2024

Mar 02, 2024

You      2:16

Good morning, Tata salad, how you doing? you have a blessing on you! Keep confessing God's word and giving Jesus something to work with I

Write a reply

6 of 12





**ASIANA**     5:42

pending appeal 3143 - b trial transcript so you can capitalize off the prosecutors errors and any trial violations before u submit your post trial motions of acquittal and new trial.

OK I will do some

Sent: 10/13/2024

Oct 14, 2024

**ASIANA**     3:53

Good afternoon dex.. YOU HAVE THE BLESSING ON U
I went over the affidavit of truth.. It was good it

Write a reply

7 of 12

text me another power of attorney letter and hand write and send it to ur moms house. Call me when u get this. YOU HAVE THE BLESSING ON YOU GOOD IS WITH YOU

Sent: 10/20/2024

Approve

ASIANA                                    8:16

On this 20th day of October, 2024
I Asiana Williams, Hereby give Curtis Hull full and complete power of attorney over me.

Respectfully written, typed and e-signed by Asiana Williams

Sent: 10/20/2024

Write a reply

8 of 12



**ASIANA** — Oct 29, 2024

**You** — 9:04

Send me the attorney in fact for darren and me and research quo warrento

Sent: 10/29/2024

Approve

**ASIANA** — 9:37

On this 29th day of October, 2024
I Asiana Williams, Hereby give Curtis Dexter Hull and Darren Keyes full and complete power of attorney-in-fact over me.

Respectfully written, typed and e-signed by Asiana Williams

Sent: 10/29/2024

9 of 12



hyphen sign in e sign so I'm going to try to write it again without that.

Sent: 11/8/2024

ASIANA  12:17

On this 8th day of November, 2024
I Asiana Williams, hereby give Curtis Dexter Hull the authority to be my counsel of choice and to assist with my defense which is afforded to me by the United States Constitutions Sixth Amendment.

Respectfully written, typed, and e signed by Asiana Williams

Sent: 11/8/2024

Write a reply

10 of 12

Members of groups who are competent non-lawyers can assist other members of the group achieve the goals of the group or individual in court without being charged with "unauthorized practice of law". Laymen cannot be expected to know how to protect their rights when dealing with practiced and careful adversaries. (See, Gideon v. Wainwright, 372 U.S. 335, 83 S.Ct. 792, 9 L.Ed.2d 799 (1963), and for them to associate together to help one another to preserve and enforce rights granted them under federal laws cannot be condemned as a threat to legal ethics. Brotherhood of Railway Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1, 7, 84 S.Ct. 1113, 12 L.Ed.2d 89 (1964)(Laypersons can associate together under the First Amendment to help one another preserve and enforce rights granted them under federal laws and cannot be condemned as a threat to legal ethics or as unauthorized practice of law). See also, United Mine Workers v. Illinois Bar Association, 389 U.S. 217, 88 S.Ct. 353, 19 L.Ed.2d 426 (1967); NAACP v. Button, 371 U.S. 415, 83 S.Ct. 328, 9 L.Ed.2d 405 (1963)(line of cases where U.S. Supreme Court held that a State may not pass statutes prohibiting the unauthorized practice of law or to interfere with the Right to Freedom of Speech, Association or Right to Redress Government for Grievances as secured by the First Amendment). Counsel of choice is also protected by the Ninth and Tenth Amendments, secured in the penumbra of these Amendments, particularly the Ninth Amendment, which is protected in the states. Roe v. Wade, 410 U.S. 113, 93 S.Ct. 705, 35 L.Ed.2d 147 (1973)(this case also addressed the "capable of repetition, yet evades review" philosophy).

In the United States Supreme Court ruling in Brotherhood of Railway Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1, 7 (1964):

"A State could not, by invoking the power to regulate the professional conduct of attorneys, infringe in any way the right of individuals and the public to be fairly represented in lawsuits authorized by Congress to effectuate a basic public interest. Laymen cannot be expected to know how to protect their rights when dealing with practiced and carefully counseled adversaries, cf. Gideon v. Wainwright, 372 U. S. 335, and for them to associate together to help one another to preserve and enforce rights granted them under federal laws cannot be condemned as a threat to legal ethics. The State can no more keep these workers from using their cooperative plan to advise one another than it could use more direct means to bar them from resorting to the courts to vindicate their legal rights. The right to petition the courts cannot be so handicapped."

See also, NAACP v. Button, 371 U.S. 415 (1963); Sperry v. Florida ex rel. Florida

Bar, 373 U.S. 379 (1963)(states may pass no laws on unauthorized practice of law).

The U.S. Department of Justice and Federal Trade Commission, which this letter will also be sent to, have addressed the use of non-lawyers to handle legal matters, and say that non-lawyers should be permitted to compete with attorneys. Competition will lead to lower prices, better products and services, and enhanced consumer choice. http://www.ftc.gov/opp/advocacy_date.shtm;http://www.abanet.org/rppt/section_info/upl/FTCreProposedModelDefinition.pdf; http://www.ftc.gov/be/V070004.pdf.

In its advocacy opinion letter to New York State Assemblywoman Helene E. Weinstein, dated April 27, 2007, the United States Justice Department/Federal Trade Commission stated the following with regard to New York Assembly Bill A01837 and A05596,http://www.ftc.gov/be/V070004.pdf:

"We are concerned that the proposed legislation, which would prevent non-attorneys from competing with attorneys in situations where there is no clear showing that non-attorney service providers have caused consumer harm, is not in the best interests of consumers."

The Justice Department and the FTC went on to say that they are entrusted with enforcing the federal antitrust laws:

" We work to promote free and unfettered competition in all sectors of the American economy. The United States Supreme Court has observed that "ultimately competition will produce not only lower prices, but also better goods and services. ' The heart of our

11 of 12



NAACP v. Button (1...
firstamendment.mtsu....

January 1, 2009 *last updated on July 2, 2024*



In NAACP v. Button, 371 U.S. 415 (1963), the Supreme Court protected the First Amendment rights of a civil rights group to engage in public interest litigation. The Virginia state chapter of the National Association for the Advancement of Colored People (NAACP) sued Button, the attorney general of Virginia, to enjoin enforcement of a 1956 state statute that prevented groups or third-party entities from litigating on behalf of potential clients. In this photo, lawyers and

12 of 12

 Gmail                                            Dexter Hull <dexter2bros@gmail.com>

**updated motion to exclude cell phone**
1 message

**Dexter Hull** <dexter2bros@gmail.com>                                       Sat, Nov 9, 2024 at 3:12 PM
To: Dexter Hull <dexter2bros@gmail.com>, Darren Keys <legalinfoallstars@gmail.com>

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

V.                                         NO. 3:23-CR-27

ASIANA CHRISTINE WILLIAMS

**UPDATED EMERGENCY MOTION TO EXCLUDE CERI'S CELL PHONE**

     COMES NOW, Your Movant, Asiana Christine Williams, moving this honorable court for an order granting the requested relief to exclude Ceri's cell phone as it was tampered with and was not used in proper protocol for collecting evidence. In support, your defendant offers the following:

*The DNA test will show that there was no DNA on the Phone

* The fingerprint test will show that there were no fingerprints on the phone    1 of 5

* There were messages deleted from the cell phone

*The detective kept the phone for 3 days before turning it in to evidence

* CJ spoke up on August 6th, at the trial for Asiana Williams. The judge had received some motions that had Asia's signature on them. The judge asked Asia did she sign them. Asia said "No, but I had them filled out on my behalf." (Asia had asked CJ many times to adopt the motions that were filed in CJ's 5-month absence. CJ had told Asia earlier that THE PROSECUTION told him NOT TO READ THE MOTIONS because they were frivolous. CJ only gave Asia 3 of the 12 motions that were filed and he told Asia that they were frivolous and that they would be rejected. The 6th Amendment promises Asia assistance with her defense. CJ was to work with Asia's defense, which were the motions, and modify them until they were ready to be adopted. CJ refused to assist in any way. He didn't file one motion because Michelle told him they were frivolous. CJ told Asia that he didn't read them all because they were frivolous.) Asia was in a hard place to be in, you have your lawyer that ignores EVERYTHING that you ask him to do but your lawyer does what the prosecution tells him to do. Not only does your attorney not do what you ask him to do, but now that this lawyer has been forced on you, you cant speak for herself or have anyone else help her with her defense.

    CJ told the judge that he looked at the motions and they were all frivolous. He then gave an example of a frivolous motion. He chose the Motion to Exclude the Cell Phone. CJ said that the motion was frivolous because the father gave the detective permission to unlock the cell phone. CJ was demonstrating his hypocrisy. CJ used to be a prosecutor. CJ is very familiar with the proper protocol for collecting evidence so that it doesn't get excluded or contaminated. CJ knows that the father couldn't give the detective permission to open the phone, look through the phone, delete messages from the phone, destroy DNA on the phone, destroy fingerprints on the phone or keep the phone for 3 days before turning it in to the jail's evidence. The DNA and the Fingerprints could have told us a lot about Ceri's last day on Earth..If anyone knows the proper protocol, it is a prosecutor. CJ knew the cell phone was corrupted and contaminated but told the court that the motion was frivolous. Shame, Shame, Shame, and he did this on a murder trial. Could he possibly be more egregious? CJ should have gone and sat next to Michelle for the rest of the trial.

    This shows CJ's lack of integrity when he would not adopt the motion to exclude the cell phone but chose to lie to the court and say that the motion was frivolous because the father gave the detective permission to unlock the phone. The father had the authority to allow the detective to look at the father's phone or his wife's phone, but not Ceri's phone. Ceri's phone is evidence in a murder trial. If the police can just take evidence whenever they want, let them drive the stolen car, that was used in a drive-by shooting, for a week and then turn it in to evidence. Better than that, let the detective take the sweat suit off of the guy that died of a drug overdose, and wear the sweat suit to the gym and work out in it and then turn the sweat suit in to evidence or let the detectives that found the gloves at the Ron Goldman and Nicole Simpson murder and go and change a transmission with the gloves and them turn the gloves in to evidence. These examples almost sound as ridiculous as CJ saying that the motion to exclude the cell phone was frivolous because the father gave the detective permission to take at a prime piece of evidence for 3 days before it was turned in to police's evidence. We have a protocol for collecting evidence for a reason. It preserves the integrity of the evidence and maintains the chain of custody.

2 of 5

Wherefore, your movant asks this honorable court to enter an order excluding Ceri's cell phone in the interest of justice and to preserve the integrity of the justice system.

Done this 8th day of November 2024.

Respectfully submitted,

*/s/ Asiana Williams*

Asiana Williams

By Curtis Deete Hull
Power of Attorney

3 of 5

**PRIORITY MAIL EXPRESS**

FROM:
Dexter Hull
4483 Lionshead Cir
Lithonia, GA 30038
PHONE 770-265-0099

TO:
District Court
Clerk's Office
235 North Washington Ave
Scranton, PA
18503

RECEIVED SCRANTON
NOV 13 2024
PER ____ DEPUTY CLERK

PO ZIP Code: 30321
Date Accepted: 11-9-24
Time Accepted: 4:37 PM
Scheduled Delivery Date: 11-12-24
Scheduled Delivery Time: 6:00 PM
Postage: $32.00
Total Postage & Fees: $32.00
Acceptance Employee Initials: VB

ER 135 189 392 US

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

EP13F July 2022
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP
PS10001000006

This package is made from post-consumer waste. Please recycle – again.