Tanisha Goggins
249 Plymouth Ave
Wilkes Barre, PA, 18702
gogginstanisha@gmail.com
570-550-5006
11/17/2024

3:23cr27

FILED
SCRANTON
DEC 10 2024
PER _____
DEPUTY CLERK

**Honorable Judge Robert Mariani**
Clerk of Courts
235 N Washington Ave
Scranton, PA, 18503

Dear Judge Mariani,

I am writing this letter in support of my best friend, Asiana Williams, who is currently in custody. My name is Tanisha Goggins, and I have known Asiana Williams for 19 years. Over this time, she has become not only a dear friend but also a significant part of my life. I hope this provides insight into her character and the positive qualities she holds.

Asiana Williams has always been a compassionate and caring person, consistently showing kindness and support to those around her. She has been a source of encouragement and inspiration, helping me through challenging times with her understanding and empathy. Her ability to make others feel valued is one of her strongest attributes, and it is a quality I believe speaks to her true nature. Not only is she my best friend, but she is also a devoted mother, striving to provide a loving, stable environment for her children. I hope this letter offers insight into her character and the commitment she has to her family.

Throughout our friendship, I have witnessed Asiana Williams dedication to her loved ones, as well as her willingness to work hard for the things that matter to her. She is resilient and determined, often striving to better herself and make amends where necessary. I believe she has learned and grown immensely from this experience and is prepared to make positive changes in her life.

Thank you for taking the time to read this letter. I am hopeful for the opportunity for Asiana Williams to return to her loved ones and continue her journey toward personal growth and responsibility.

Sincerely,
*Tanisha Goggins*
Tanisha Goggins
Best Friend

Tanisha Goggins
249 Plymouth Ave
Wilkes Barre, PA 18702

USMS X-RAY

Honorable Judge Robert Mariani
Clerk of Courts
235 N Washington Ave
Scranton, PA 18503
18704-4331

Rsc'd
SCRANTON
DEC 10 2024
PER _____SP_____
DEPUTY CLERK