IN THE UNITED STATES DISTRICT COURTS
FOR THE THIRD CIRCUIT MIDDLE DISTRICT
OF PENNSYLVANIA

Asiana Williams        CASE NO: 3:23-CR-00027-001
 petitioner,

v.

United States
of America
 Respondant.

FILED
SCRANTON
JUN 30 2025
PER _____
DEPUTY CLERK

MOTION FOR TRIAL EXHIBITS, DISCOVERY
AND GRAND JURY INDICTMENT

Come now, petitioner, pro se litigant, and move this honorable court pursuant to the Criminal Justice Act for an order directing the courts to send TRIAL EXHIBITS, CASE DISCOVERY AND GRAND JURY INICTMENT OF THE PETITIONERS IN THE ABOVE CRIMINAL CASE REFERENCE.

PETITIONER WAS GRANTED THE FORMA PAUPERIS SO THEREFORE WOULD LIKE TO REQUEST THIS MATERIAL BE PREPARED AND DELIVERED AT THE UNITED STATES EXPENSE, SINCE PART OF THE REQUESTED RECORD WILL BE NECESSARY FOR PETITIONERS DIRECT APPEAL AND OTHER POTENTIAL MOTIONS AND REMEDIES THAT MAY BE NECESSARY.

PETITIONER RESPECTFULLY ASK THE COURTS TO GRANT THIS REQUEST/MOTION FOR TRIAL EXHIBITS, DISCOVERY AND GRAND JURY INDICTMENT

Respectfully Submitted
X Asiana Williams
Asiana Williams
Reg# 46171510
FCI Aliceville, PO Box 2000
Aliceville, AL 35442

