# IN THE UNITED STATES DISTRICT COURT

FOR THE __MIDDLE__ DISTRICT OF __PENNSYLVANIA__

__Asiana C Williams__
Petitioner,

Vs.

__UNITED STATES OF AMERICA__
Respondent,

CASE NO: __3:23-cr-00027-001__

**FILED
SCRANTON
JUL 14 2025
PER __Amo__
DEPUTY CLERK**

---

## MOTION FOR SENTENCING TRANSCRIPTS

---

COME NOW, Petitioner, __Asiana Williams__ pro-se and move this Honorable Court pursuant to the Criminal Justice Act (18 U.S.C. 3006A) for an Order directing the Court to prepare the portion of the Sentencing Transcript of the Petitioner's in the above Criminal Case Reference. As grounds, therefore, the Petitioner would show by the attached affidavit that she is indigent and without the necessary funds to purchase the needed transcripts.

The Petitioner would request that an actual Sentencing Transcript be prepared at the United States expense since parts of the requested records will be necessary for __an Appeal Brief__

---

\* PLEASE ALSO SEND COPY (with Attn: CS managers: AVA DAVIS / Vicky Smith / Lyn Lopez)
VIA EMAIL: HELP@federal-alert.com
along with paper copy to prison.

Thankyou.

If not email than please send to
ALERT2020
8300 F.M. 1960 Rd. W., Suite 450
Houston, Texas 77070

Respectfully submitted,

__Asiana Williams__

ASIANA WILLIAMS #46171510
FCI ALICEVILLE
PO BOX 4000
ALICEVILLE, AL 35442

USMS X-RAY



BIRMINGHAM AL 350
8 JUL 2025 PM 5 L

RECEIVED
SCRANTON
JUL 14 2025
PER DJ
DEPUTY CLERK

CLERK OF COURTS
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BUILDING
UNITED STATES COURTHOUSE
235 N WASHINGTON AVENUE
SCRANTON, PA 18503

18503-153415