Hopefully, you will act with consistency towards your obligations. I expect to have my Case/Work File within (15) days of the delivery of this Certified Letter.

Sincerely and Humbly,

Asiana Williams

NOTE: Due to I went to trial I request Trial transcripts and jury selections & trial exhibits pre trial hearing transcripts.

* The trial transcripts that you were ordered by the Judge to deliver to me was missing some parts, and I also informed you that the pre trial conference transcripts weren't included and you told me you would send them and never did. I will also be sending a copy of this letter to the district Judge and Clerk of courts so that they'll know my attempts in getting any material that belongs to me

23-cr-27

FILED
SCRANTON
AUG 01 2025
PER  DJ
DEPUTY CLERK

*Asiana Williams*

Note: Due to the fact i went to trial I request trial transcripts and jury selections, trial exhibits, pre trial conference transcripts.

Note: Due to the fact I went to trial I request Trial transcripts and jury selections & trial exhibits pretrial hearing transcripts.